DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 285P13 | State v. William Andrew Floyd | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1123) | Denied |
|---|---|---|---|
| 286P13 | Erie Insurance Exchange, Erie Indemnity Company, and Terrence P. Duffy Builders, Inc. v. Builders Mutual Insurance Company | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1104)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 289P13 | State v. Ronald Edward McCray | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA12-1309)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel<br><br>3. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed as Moot<br><br>3. Denied |
| 290P13 | State v. Jamero Lavar Caldwell | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1358) | Denied |
| 291P13 | In the Matter of: C.H. & D.H. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA13-127) | Denied |
| 292P13 | State v. Jose Ismael-Ruiz Zuniga | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Guilford County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 294P13 | Maechel S. Patterson v. Reuben F. Young, et al. | 1. Petitioner's *Pro Se* PWC to Review Order of COA (COAP13-255)<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Petitioner's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 295P13 | In the Matter of: A.J.W. and J.E.W., III | Respondent-Father's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1458) | Denied |